# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CONDY B. WASHINGTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-08-740-F |
| ) | |
| WARDEN MIKE ADDISON, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On July 22, 2008, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation, wherein he recommended that this action be transferred to the Northern District of Oklahoma. Magistrate Judge Bacharach advised the parties of their right to object to the Report and Recommendation by August 11, 2008. He also specifically advised that failure to timely object would waive petitioner's right to challenge the transfer in a subsequent appeal.

To date, no objection to the Report and Recommendation has been filed. In addition, no request for an extension of time to file an objection has been filed. With no objection being filed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Robert E. Bacharach on July 22, 2008 (doc. no. 4) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**.

The above-entitled action is hereby **TRANSFERRED** to the United States District Court for the Northern District of Oklahoma.  The court clerk is directed to effect the transfer of this case.

DATED August 21, 2008.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

08-0740p002.wpd